440 A.2d 1191

**COMMONWEALTH of Pennsylvania,**

**v.**

**Ralph C. FEGLEY, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1982.

Decided Feb. 19, 1982.

A. Stephen Cohen, Aston, for appellant.

James J. Rosini, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.